Taylor M. Tieman (SBN: 305269)
ttieman@consumerlawcenter.com
Krohn & Moss, Ltd.
1112 Ocean Drive, Suite 301
Manhattan Beach, CA 90266
Tel: (323) 988-2400 ext. 254
Fax: (866) 861-1390
Attorney for Plaintiff, JESSICA HUDSON

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| JESSICA HUDSON, | Case No.: 8:15-cv-2085 |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | **(Unlawful Debt Collection Practices)** |
| U.S. BANK, N.A., | |
| Defendant. | |

  NOW COMES the Plaintiff, JESSICA HUDSON, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

  Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

|   |   |
|---|---|
|   | Respectfully Submitted, |
| Dated: July 29, 2016 |   |
|   | By:   /s/ Taylor M. Tieman |
|   | Taylor M. Tieman |
|   | Krohn & Moss, Ltd. |
|   | 1112 Ocean Drive, Suite 301 |
|   | Manhattan Beach, CA 90266 |
|   | (323) 988-2400 x254 |
|   | ttieman@consumerlawcenter.com |
|   |   |
|   | Attorney for Plaintiff |

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2016, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on July 29, 2016 I served all counsel of record with a copy of this document by way of the CM/ECF system.

By:   /s/ Taylor M. Tieman
Taylor M. Tieman